

RECEIVED
OCT 0 4 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 02-50068-01** |
| | **CIVIL ACTION NO. 05-0419-P** |
| **VERSUS** | |
| | **JUDGE DONALD E. WALTER** |
| **DERRICK D. MORRIS** | **MAGISTRATE JUDGE HORNSBY** |

### O R D E R

Before this Court is a Motion to Vacate and Correct the Sentence [Doc. #32] filed by defendant, Derrick D. Morris, wherein defendant relies on Blakely v. Washington, 124 S.Ct. 2531 (2004).

On January 12, 2005, the United States Supreme Court, in United States v. Booker, 125 S.Ct. 738 (2005), held that Blakely, supra, applies to the Sentencing Guidelines. However, the Booker Court also determined that their holding would apply to "all cases on direct review." Booker, supra at 769. As this matter is no longer on direct review, **IT IS ORDERED** that defendant's motion be and is hereby **DENIED**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this ____ day of September, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE